(7/11)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: Lashonette Jenkins )
)
**DEBTOR** ) CASE NO. 13-60255
)
)
Debtor(s) )

**FILED SEP 3 2013 ANN THOMPSON, CLK U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI CW**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW debtor(s), Lashonette Jenkins by and through his/her/their attorney, _____, and for his/her/their Motion state(s) as follows:

1. Debtor(s) filed his/her/their Chapter 13 petition/converted their case to Chapter 13 on _____.

2. Debtor(s) is/are requesting this Honorable Court to suspend delinquent Chapter 13 plan payments in the amount of $1,050.00.

3. Debtor(s) have become delinquent with his/her/their plan payments due to moving expenses

4. It is in the best interest of debtor(s) and debtor('s') estate for debtor(s) to continue with his/her/their Chapter 13 plan.

WHEREFORE, debtor(s) request(s) this Honorable Court enter an Order granting the suspension of Chapter 13 plan payments in the amount of $_.

8-30-13
Date                                                              Attorney for Debtor(s)

*Lashonette Jenkins*
Debtor

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.mowb.uscourts.gov Information about electronic filing can be found on the Court website www.mow.uscourts.gov. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court. If no response is filed within twenty-one (21) days, the Court will enter an order granting the motion.

## CERTIFICATE OF SERVICE

(7/11)

I  Lashonette Jenkins  hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, this 30 day of August, 2013.

[ List name and address of creditors  & other parties served]

*Lashonette Jenkins*
Typed Name or Signature

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106